```
ADAM WANG (SBN 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-286-6619

Attorney For Plaintiff
JOSE DE LA PAZ SORTO
```

FILED

2008 JAN 11  A 9:51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

C08 00189 HRL

| | |
|---|---|
| JOSE DE LA PAZ SORTO | Case No: |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| HANNEGAN, BENSON & CO., INC., dba C.B. HANNEGAN's, CHRIS BENSON, and DOES 1-10 | |
| Defendants | |

Plaintiff demands a jury trial of causes of action alleged in his Complaint.

Dated: January 10, 2008

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiff

COMPLAINT - 11