*E-filed 4/25/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DE LA PAZ SORTO,<br><br>    Plaintiff,<br><br>    v.<br><br>HANNEGAN, BENSON & CO., and CHRIS BENSON,<br><br>    Defendants.<br>_____/ | Case No. C08-00189 HRL<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE THAT the Case Management Conference set for April 29, 2008 is continued to **June 17, 2008 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose) in order to allow time for defendants to enter their appearance. The parties' updated joint case management conference statement shall be filed no later than **June 10, 2008**. Once defendants have appeared, counsel for plaintiff shall provide them a copy of this notice.

Dated:   4/25/08                                                          /s/  KRO
                                                                                            Chambers of Magistrate Judge Howard R. Lloyd

1
2  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:
3
4  Adam Wang    waqw@sbcglobal.net
5
6
7  Dated: 4/25/08
8                                          /s/  KRO
                                   Chambers of Magistrate Judge Howard R. Lloyd
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California