| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>*Telephone No:* 408 292-1040    *FAX No:* 408 286-6619 | | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | | |
| U.S. District Court, Northern District of California | | | | | |
| *Plaintiff:* Jose De La Paz Sorto | | | | | |
| *Defendant:* Hannegan, Benson & Co., et al | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0800189HRL | |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case. Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines Information Packet; Welcome Information Packet

*3. a. Party served:*            C.B. Hannegan's
   *b. Person served:*         Chris Benson

*4. Address where the party was served:*       208 Bachman Avenue
                                            Los Gatos, CA 95030

*5. I served the party:*
   **b. by substituted service.** On: Tue., Feb. 05, 2008 at: 4:21PM I left the documents listed in item 2 with or in the presence of:
                                             Eric King, Manager, Caucasian, Male, 35 Years Old, Red Hair, Blue Eyes, 6
                                             Feet 3 Inches, 170 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the
        person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

**7. Person Who Served Papers:**
   a. Victor W. Rzepka
   b. **Bender's Legal Service**
       LRS Investigations, PI 16723
       1625 The Alameda, Ste. 511
       San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $22.50
   e. I am: (3) registered California process server
              *(i)*   Independent Contractor
              *(ii)*   *Registration No.:*     1175
              *(iii)*   *County:*            Santa Clara

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.*

Date: Wed, Feb. 06, 2008

                                                             (Victor W. Rzepka)

**Judicial Council Form**
Rule 2.150.(a)&(b) Rev January 1, 2007

                                    **PROOF OF SERVICE**
                                       **SUMMONS**                                           *wangad.159068*

| | |
|---|---|
| *Attorney or Party without Attorney:* <br> Law Offices Of: Adam Wang <br> 12 South First St., Ste. 613 <br> San Jose, CA 95113 <br><br> *Telephone No:* 408 292-1040    *FAX: No:* 408 286-6619 | *For Court Use Only* |

*Ref. No or File No.:*

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> U.S. District Court, Northern District of California | |
| *Plaintiff:* Jose De La Paz Sorto | |
| *Defendant:* Hannegan, Benson & Co., et al | |

| **DECLARATION OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C0800189HRL |
|---|---|---|---|---|

1. I, Victor W. Rzepka, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant C.B. Hannegan's as follows:

2. *Documents:*    Summons in a Civil Case. Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines Information Packet; Welcome Information Packet.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 01/29/08 | 11:03am | Business | No officer or agent was in to accept service. Attempt made by: Michael Kandefer. Attempt at: 208 Bachman Avenue Los Gatos CA 95030. |
| Fri | 02/01/08 | 3:55pm | Business | No officer or agent was in to accept service. Attempt made by: Michael Kandefer. Attempt at: 208 Bachman Avenue Los Gatos CA 95030. |
| Tue | 02/05/08 | 4:20pm | Business | No officer or agent was in to accept service. Attempt made by: Victor W. Rzepka. Attempt at: 208 Bachman Avenue Los Gatos CA 95030. |
| Tue | 02/05/08 | 4:21pm | Business | Substituted Service on: C.B. Hannegan's Business - 208 Bachman Avenue Los Gatos, CA. 95030 by Serving: Chris Benson a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Eric King, Manager, Caucasian, Male, 35 Years Old, Red Hair, Blue Eyes, 6 Feet 3 Inches, 170 Pounds. Served by: Victor W. Rzepka |
| Wed | 02/06/08 | | | Mailed copy of Documents to: C.B. Hannegan's |

3. *Person Executing*
   a. Victor W. Rzepka
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:* $22.50
e. *I am:* (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:*    1175
   *(iii) County:*    Santa Clara

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

| Attorney or Party without Attorney:<br>Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>*Telephone No:* 408 292-1040    *FAX No:* 408 286-6619 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court, Northern District of California | | | | |
| *Plaintiff:* Jose De La Paz Sorto | | | | |
| *Defendant:* Hannegan, Benson & Co., et al | | | | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0800189HRL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case. Complaint; Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines Information Packet; Welcome Information Packet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:                   Wed., Feb. 06, 2008
   b. Place of Mailing:                  San Jose, CA 95126
   c. Addressed as follows:              C.B. Hannegan's
                                         208 Bachman Avenue
                                         Los Gatos, CA 95030

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 06, 2008 in the ordinary course of business.

5. Person Serving:
   a. Kenneth T. Smith
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $22.50
   e. I am: (3) registered California process server
      (i)    Owner
      (ii)   *Registration No.:*    542
      (iii)  *County:*    Santa Clara
      (iv)   *Expiration Date:*    Fri, Oct. 02, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Wed, Feb. 06, 2008

PROOF OF SERVICE
By Mail                                          (Kenneth T. Smith)                   *wangad.159068*