ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and similarly situated others<br>        Plaintiff,<br><br>    vs.<br><br>HANNEGAN, BENSON & CO., INC. doing business as C.B. HANNEGAN's, CHRIS BENSON, Does 1-10 ,<br>        Defendants | Case No.: C08-189 HRL<br><br>MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER |

    Plaintiff, through his counsel, hereby moves to continue the Initial Case Management Conference currently set on June 10, 2008 as follows:

    1.    Plaintiff filed the Complaint on January 11, 2008.

    2.    Defendants were served on February 5, 2008.  See Docket # 6, 7 & 8.

    3.    At one point after the effectuation of service, I was contacted by a person who claimed to be the attorney for Defendants.  However,  no appearance was made on behalf of Defendants.

    4.    Plaintiff has filed the First Amended Complaint, which will be served upon Defendants today. Should Defendants still fail to respond to the First Amended Complaint,

---

MOTION TO CONTINUE INITIAL CMC
Sorto v. Hannegan Beson & Co., et al

                                1                                **C08-0189 HRL**

1 Plaintiff will seek a default against Defendants for $100,000 as set forth in the First Amended Complaint.

5. Accordingly, Plaintiff requests a 35 day continuance for Defendants to respond or for default proceedings.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: June 5, 2008                    By:   /s/ ADAM WANG
                                             Adam Wang
                                             Attorney for Plaintiff

_____

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on June 10, 2008 be continued to July 15, 2008.

IT IS SO ORDERED.

Dated: _____                    _____
                                        Howard R. Lloyd
                                        United States Magistrate Judge