ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JOSE DE LA PAZ SORTO, on behalf of himself and similarly situated others<br>　　　　Plaintiff,<br><br>vs.<br><br>HANNEGAN, BENSON & CO., INC. doing business as C.B. HANNEGAN's, CHRIS BENSON, Does 1-10 ,<br>　　　　Defendants | Case No.: C08-00189 HRL<br><br>**PROOF OF SERVICE RE FIRST AMENDED COMPLAINT** |
|---|---|

I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 12 South First Street, Suite 613, San Jose, CA 95113.

On the date hereof, I mailed the following document(s):

**1. First Amended Complaint**

to the following:

| Chris Benson<br>(as the Agent for Service of Process)<br>Hannegan Benson & Co.<br>208 Bachman Ave.<br>Los Gatos, CA 95030 | Chris Benson<br>(as an individual)<br>208 Bachman Ave.<br>Los Gatos, CA 95030 |
|---|---|

I declare that the under penalty of perjury under the laws of the United States, the foregoing is true and correct.

　　Dated: June 5, 2008　　　　　　　By: /s/Adam Wang
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1　　　　　　　　　　　　　　　　　　　　　　　　　　　C08-189 HRL

**PROOF OF SERVICE RE FIRST AMENDED COMPLAINT**
Sorto v. Hannegan Benson & Co., et al. .