*E-filed 6/12/ 08*

ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and similarly situated others<br>　　　　Plaintiff,<br><br>　　vs.<br><br>HANNEGAN, BENSON & CO., INC. doing business as C.B. HANNEGAN's, CHRIS BENSON, Does 1-10 ,<br>　　　　Defendants | Case No.: C08-189 HRL<br><br>MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER |

　　　Plaintiff, through his counsel, hereby moves to continue the Initial Case Management Conference currently set on June 10, 2008 as follows:

　　　1.　　Plaintiff filed the Complaint on January 11, 2008.

　　　2.　　Defendants were served on February 5, 2008.  See Docket # 6, 7 & 8.

　　　3.　　At one point after the effectuation of service, I was contacted by a person who claimed to be the attorney for Defendants.  However,  no appearance was made on behalf of Defendants.

　　　4.　　Plaintiff has filed the First Amended Complaint, which will be served upon Defendants today. Should Defendants still fail to respond to the First Amended Complaint,

1  Plaintiff will seek a default against Defendants for $100,000 as set forth in the First Amended
2  Complaint.
3      5.    Accordingly, Plaintiff requests a 35 day continuance for Defendants to respond or
4  for default proceedings.
5      I declare under the penalty of perjury under the laws of the United States that the
6  foregoing is true and accurate.

8  Dated: June 5, 2008        By:  /s/ ADAM WANG
9                    Adam Wang
                        Attorney for Plaintiff

---

## ~~[PROPOSED]~~ ORDER

13      IT IS HEREBY ORDERED that the Initial Case Management Conference currently
14  scheduled on June 10, 2008 be continued to July 15, 2008.
15      IT IS SO ORDERED.

17  Dated: June 11, 2008

                                              Howard R. Lloyd
                                              United States Magistrate Judge

MOTION TO CONTINUE INITIAL CMC
Sorto v. Hannegan Beson & Co., et al
1                **C08-0189 HRL**

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Adam Wang waqw@sbcglobal.net

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date: June 12, 2008                             MPK
                                                Chambers of Magistrate Judge Howard R. Lloyd