ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and similarly situated others<br>        Plaintiff,<br><br>vs.<br><br>HANNEGAN, BENSON & CO., INC. doing business as C.B. HANNEGAN's, CHRIS BENSON, Does 1-10,<br><br>        Defendants | Case No.: C08-189HRL<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS HANNEGAN, BENSON & CO., INC. DOING BUSINESS AS C.B. HANNEGAN'S, AND CHRIS BENSON** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Jose De La Paz Sorto hereby requests that the Clerk of the above entitled Court enter a default judgment in this matter for $100,000 as requested in the First Amended Complaint against Defendants Hannegan, Benson & Co., Inc. doing business as C.B. Hannegan's and Chris Benson, on the grounds that Defendants have failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the Complaint on Defendants on February 5, 2008. Defendants never responded to the Complaint.  Plaintiffs further served the First Amended Complaint on June 5, 2008. Defendants again refused to respond.

Dated: July 8, 2008            By: /s/Adam Wang
                                                Attorney for Plaintiff

**REQUEST FOR ENTRY OF DEFAULTJUDGMENT**
**Soto v. Hannengan Benson & Co., et al. .**