**United States District Court**
For the Northern District of California

*E-filed 07/14/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and all other similarly situated plaintiffs,<br><br>    Plaintiff,<br><br>    v.<br><br>HANNEGAN, BENSON & CO., INC. doing business as C.B. HANNEGAN'S, CHRIS BENSON, DOES 1-10,<br><br>    Defendants.<br>_____/ | Case No. C08-00189  HRL<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the Case Management Conference set for July 15, 2008 is continued to **August 22, 2008 at 1:30 pm** (Courtroom 2, 5th floor of the United States District Court, San Jose). The parties' joint case management conference statement shall be filed no later than **August 19, 2008**.

Dated:    07/14/08                                /s/  MPK
                                         Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Adam Wang waqw@sbcglobal.net

3

4  *Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

5

6  Dated: 07/14/08

7  _____/s/ MPK_____
   Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California