1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9                                                    No.  C
10         Plaintiff(s),                              **CONSENT TO PROCEED BEFORE A**
                                                     **UNITED STATES MAGISTRATE JUDGE**
11    v.
12
13         Defendant(s).
                                            /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: _____          _____
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 12 South First Street, Suite 613, San Jose, CA 95113.

On the date hereof, I mailed the following document(s):

**Consent to Proceed Before a Magistrate Judge**

to the following:

| Chris Benson<br>(as the Agent for Service of Process)<br>Hannegan Benson & Co.<br>208 Bachman Ave.<br>Los Gatos, CA 95030 | Chris Benson<br>(as an individual)<br>208 Bachman Ave.<br>Los Gatos, CA 95030 |

I declare that the under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Dated: August 21, 2008                By: /s/Adam Wang
                                          Attorney for Plaintiff