UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   August 26, 2008                                             Time in Court: 4 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** Sorto v. Hannegan, Benson & Company, Inc. et al
**CASE NUMBER**: C08-00189HRL
Plaintiff Attorney present: Adam Wang
Defendant Attorney present: No Appearance

**PROCEEDINGS: Case Management Conference**


No appearance is made by the defendant.  Plaintiff counsel informs the court that he will pursue entry of a default judgment.