*E-filed 1/26/09*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and all other similarly situated plaintiffs,<br><br>    Plaintiff,<br><br>  v.<br><br>HANNEGAN, BENSON & CO., INC. doing business as C.B. HANNEGAN'S, CHRIS BENSON, DOES 1-10,<br><br>    Defendants.<br>_____/ | Case No. C08-00189  HRL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF A DEFAULT JUDGMENT**<br><br>Re: Docket No. 12 |

Plaintiff's complaint[1] alleges violations of California's labor laws and the Federal Fair Labor Standards Act. No defendant has answered the complaint to date, although the record indicates that they have all been served. Plaintiff never asked for, or received, an entry of default. *See* Fed. R. Civ. P. 55(a). In July, plaintiff filed a "Request for Entry of Default Judgment." Because the request is procedurally improper, the court DENIES it without prejudice.

**IT IS SO ORDERED.**

Dated: 1/26/09

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed his initial complaint in January, 2008, then filed an amended complaint six months later. Because the defendants had not filed responsive pleading, the amended complaint is operative. *See* Fed. R. Civ. P. 15(a)(1)(A).

United States District Court
For the Northern District of California

1   THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2   Adam Wang waqw@sbcglobal.net

3

4   *Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

5

6   Dated:1/26/09

7                                              /s/  MPK
                                       Chambers of Magistrate Judge Howard R. Lloyd
8

**United States District Court**
For the Northern District of California