** E-filed November 2, 2009 **

ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel:  (408) 421-3403
Fax:  (408) 351-0261

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| SORTO, et. al. | Case No.: C08-189 HRL |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME FOR MEDIATION; and |
| vs. | [PROPOSED] ORDER |
| HANNEGAN, BENSON, AND CO., et. al. | |
| Defendants | |

Parties, through their counsel, hereby stipulate as follows:

1. On July 27, 2009 parties filed a stipulation to refer this matter to mediation, to be completed within 90 days of this Court's order.

2. On that same day, this court granted parties stipulation and entered an order referring this case to mediation, to be completed by October 25, 0009.

3. Initially, Parties disputed several threshold issues in this case, including the period of time this lawsuit would cover.

4. Parties did not wish to set a date for mediation without first working to resolve these issues.

5. The parties have made some progress in resolving this dispute, and have agreed upon the disclosure of some records that may greatly clarify the issues in this case.

1                                                C08-189 HRL

REQUEST FOR EXTENSION OF TIME TO MEDIATE
SORTO, ET. AL.  v. CB HANNEGANS, ET. AL.

6. Therefore, so that the mediation process may be as effective as possible, parties request an additional 90 days to complete mediation, extending the time to mediate from October 25, 0009 to January 23, 2010.

7. Parties have discussed this extension with the mediator, and the mediator has no objection.

Respectfully submitted:

Dated: 10/23/2009        By:    /s/ Adam Pedersen_____
                                ADAM PEDERSEN
                                Attorney for Plaintiffs

Dated: 10/23/2009        By:    /s/ Michael J Jones_____
                                 MICHAEL J. JONES
                                Attorney for Defendants

---

## ~~[PROPOSED]~~ ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that that the time to mediate be extended from October 25, 0009 to January 23, 2010.

IT IS SO ORDERED.

Dated:  November 2, 2009                   _____
                                           Honorable Howard R. Lloyd
                                           United States Magistrate Judge

REQUEST FOR EXTENSION OF TIME TO MEDIATE
SORTO, ET. AL.  v. CB HANNEGANS, ET. AL.

1                                          C08-189 HRL