**\*\* E-filed June 8, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and similarly situated others,<br><br>        Plaintiff,<br>  v.<br>HANNEGAN, BENSON & CO., INC., dba C.B. HANNEGAN'S; CHRIS BENSON; and DOES 1-10,<br><br>        Defendants.<br>_____/ | No. C08-00189 HRL<br><br>**ORDER CONTINUING SHOW CAUSE HEARING RE; SETTLEMENT**<br><br>**[Re: Docket No. 56 & 57]** |

      This Court's Alternative Dispute Resolution department advises the Court that the parties have entered into a settlement in the above-captioned action. The show cause hearing set for June 8, 2010 shall be continued as described below. On or before **June 25, 2010**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 29, 2010 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

      **IT IS SO ORDERED.**

Dated: June 8, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-00189 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| Michael Jay Jones | grj@grjlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**