**\*\* E-filed July 2, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DE LA PAZ SORTO, on behalf of himself and similarly situated others,<br><br>            Plaintiff,<br>    v.<br><br>HANNEGAN, BENSON & CO., INC., dba C.B. HANNEGAN'S; CHRIS BENSON; and Does 1–10,<br><br>            Defendants.<br>_____/ | No. C08-00189 HRL<br><br>**ORDER DISMISSING CASE**<br><br>**[Re: Docket No. 62]** |

Pursuant to the parties' stipulation (Docket No. 62), this action, in its entirety, is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the settlement agreement for 30 days.

**IT IS SO ORDERED.**

Dated: July 2, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C08-00189 HRL Notice will be electronically mailed to:**

2  Adam Wang          adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
   Adam Lee Pedersen  alpedersen@gmail.com
3  Michael Jay Jones  grj@grjlaw.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**